IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CARLA KOZAK.,

                Plaintiff,

    v.

ST. BRIDGET CATHOLIC
CHURCH, ST. BRIDGET
PARISH SCHOOL, THE
DIOCESE OF SUPERIOR and
SUSAN STECKBAUER,

                Defendants.

                           ORDER

                      12-cv-634-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on February 7, 2014. All parties were represented by counsel. At the hearing, plaintiff's counsel advised the court that the settlement proceeds and paperwork were mailed yesterday and expects to be able to file a stipulation for dismissal with the court soon.

      Another telephone status conference will be held on February 11, 2014 at 8:15 a.m., with plaintiffs' counsel initiating the conference call to chambers at (608) 264-5447. If settlement papers are filed with the court before 8:00 a.m. on February 11, 2014, the conference will be canceled.

      Entered this 7th day of February, 2014.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge